UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **LATOYA HARDNEY, individually and as Administrator of the Estate of KENNETH T. SHARP, Deceased.** | ) ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) Civil Action No.: 3:25-cv-24 ) |
| **CITY OF RICHMOND, et al.,** | ) ) |
| **Defendants.** | ) ) |

### DEFENDANT CITY OF RICHMOND'S
### MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)

Comes now the Defendant City of Richmond ("City"), by counsel, and pursuant to Federal Rule of Civil Procedure 12(b)(6), respectfully moves this Court to dismiss this action against the City. A Memorandum in Support is filed with this Motion.

Date: March 18, 2025                    Respectfully Submitted,

By: _____/s/_____
Wirt P. Marks, Esquire (VSB #36770)
Deputy City Attorney
Rhanelle E. Collins-Meredith, Esquire (VSB #72099)
Assistant City Attorney
Office of the City Attorney for the City of Richmond
City Hall, Room 400
900 East Broad Street
Richmond, Virginia 23219
Telephone: (804) 646-3019
Facsimile: (804) 646-7939
Email: Wirt.Marks@rva.gov
Email:  Rhanelle.Collins3@rva.gov
*Counsel for Defendant City of Richmond*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of March, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of said filing to all counsel of record.

                                                       /s/
                                     Wirt P. Marks, Esquire (VSB #36770)
                                     Deputy City Attorney
                                     Rhanelle E. Collins-Meredith, Esquire (VSB #72099)
                                     Assistant City Attorney
                                     Office of the City Attorney for the City of Richmond
                                     City Hall, Room 400
                                     900 East Broad Street
                                     Richmond, Virginia 23219
                                     Telephone:  (804) 646-3019
                                     Facsimile: (804) 646-7939
                                     Email:  Wirt.Marks@rva.gov
                                     Email:  Rhanelle.Collins3@rva.gov
                                     *Counsel for Defendant City of Richmond*