IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(E) AND LOCAL
CRIMINAL RULE 57.4(E)

In Case Number 25-cv-00024-MHL_____, Case Name Hardney v. City of Richmond, et al._____

Party Represented by Applicant: Plaintiff_____

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Dale K. Galipo_____
Bar Identification Number 144074_____ State CA_____
Firm Name Law Offices of Dale Galipo
Firm Phone # (818) 347-3333_____Direct Dial #_____FAX # (818) 347-4118_____
E-Mail Address dalekgalipo@yahoo.com
Office Mailing Address 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367

Name(s) of federal district court(s) in which I have been admitted United States District Court, Central District of California_____

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ☐ am not ☑ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature) _____     5-21-25
Scott Perry                              (Date)
_____                  67417
(Typed or Printed Name)                  (VA Bar Number)

Court Use Only:

Clerk's Fee Paid ☑ or Exemption Granted ☐

The motion for admission is GRANTED ☑ or DENIED ☐

_____       /s/ MHL        5/22/25
M. Hannah Lauck                              (Date)
(Judge's Signature) United States District Judge